Commonwealth *v.* Spackman, Appellant.

Argued September

9, 1975. *Louis J. Farina*, with him *May, Grove, Stork & Blakinger*, for appellant; *Louise G. Herr* and *Mary Anne Motter Cullen*, Assistant District Attorneys, and *D. Richard Eckman*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.